**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 05-6200**

───────────────

ANTHONY SMITH,

                              Petitioner - Appellant,

       versus

WILLIAM WHITE, Warden; HENRY DARGAN MCMASTER,
Attorney General of the State of South
Carolina,

                              Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-04-894-0-23BD)

───────────────

Submitted:  July 27, 2005          Decided:  August 3, 2005

───────────────

Before KING, GREGORY, and SHEDD, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Anthony Smith, Appellant Pro Se. William Edgar Salter, III, OFFICE
OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Smith seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Smith has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED